UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | **Case No. 4:20-cv-01061- HSG** |
| **Plaintiff,** | |
| v. | **ORDER Granting Motion for Administrative Relief (as modified)** |
| **Simper Investments, Inc.,** a California Limited Liability Company; and Does 1-10, | |
| **Defendants**. | |

Having reviewed Plaintiff's motion seeking administrative relief, and finding good cause therefore, the Court hereby grants Plaintiff's Motion.

Therefore, the deadline to complete service upon Defendant shall be **sixty (60)** days from the date of this Order. The Joint Site Inspection deadline shall also be extended **sixty (60)** days, with all related deadlines adjusted accordingly.

**IT IS SO ORDERED.**

Dated: 4/13/2020

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge